PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-108-TLN |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO WITHDRAW ARREST WARRANT AND SET MATTER FOR ARRAIGNMENT |
| YI ZHU LIN, | |
| Defendant. | |

The government's motion to withdraw the arrest warrant issued against Yi Zhu Lin and set the matter for arraignment before Magistrate Judge Chi Soo Kim on May 10, 2024, at 2:00 p.m., is GRANTED.

IT IS SO ORDERED.

Dated:   May 3, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE